IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JONATHAN RAY,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and MSR 1 ASSETS COMPANY LLC<br><br>    Defendants. | Civil Action File<br><br>No. 1:14-CV-02153-ODE |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Defendant MSR 1 ASSETS COMPANY, LLC ("MSR"), by and through its undersigned counsel, and hereby files its Certificate of Interested Persons and Corporate Disclosure Statement with the Court.

(1)   The undersigned Counsel of Record for MSR certify that the following is a full and complete list of the parties in this action, including as to MSR any parent corporation and any publicly held corporation that owns 10% or more of the stock:

Jonathan Ray is the plaintiff in this action.  Bank of America, N.A. is a defendant.  MSR 1 Assets Company, LLC is a defendant.  MSRIAC Holdings, LLC is the managing member of MSR 1 Assets Company, LLC.

- 1 -

(2)   The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or a parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

MSR:  in addition to those listed in paragraph one, above, North American Title Company; North American Title Insurance Company; JSNP, LLC; and Roy Corbin.

(3)   The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for MSR in this proceeding:  John G. Nelson and Matthew F. Totten of Weissman, Nowack, Curry & Wilco, P.C.

Respectfully submitted this 5th day of November, 2014.

|  |  |
|---|---|
| WEISSMAN, NOWACK, CURRY & WILCO, P.C.<br>One Alliance Center<br>3500 Lenox Road, 4th Floor<br>Atlanta, Georgia 30326<br>(404) 926-4500<br>matthewtotten@wncwlaw.com<br>johnnelson@wncwlaw.com | /s/ Matthew F. Totten<br>John G. Nelson<br>Georgia Bar Number 538125<br>Matthew F. Totten<br>Georgia Bar Number 798589<br>*Attorneys for Plaintiff* |

- 3 -

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JONATHAN RAY,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. and MSR 1 ASSETS COMPANY LLC<br><br>    Defendants. | Civil Action File<br><br>No. 1:14-CV-02153-ODE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 5, 2014, I electronically filed the **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send E-Mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Thomas E. Reynolds, Jr.<br>treynolds@thomasreynoldslaw.com<br>Attorney for Plaintiff | Jarrod Sean Mendel<br>jmendel@mcguirewoods.com<br>Attorney for<br>Defendant BANK OF AMERICA, N.A. |

This 5th day of November, 2014.

|  |  |
|---|---|
| | /s/ Matthew F. Totten |
| | John G. Nelson |
| | Georgia Bar Number 538125 |
| WEISSMAN, NOWACK, CURRY & WILCO, P.C. | Matthew F. Totten |
| One Alliance Center | Georgia Bar Number 798589 |
| 3500 Lenox Road, 4th Floor | *Attorneys for Plaintiff* |
| Atlanta, Georgia 30326 | |
| (404) 926-4500 | |
| matthewtotten@wncwlaw.com | |
| johnnelson@wncwlaw.com | |

- 4 -